IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JAMES H. TENNANT,              )
                               )
          Plaintiff,           )         8:04CV100
                               )
     v.                        )
                               )
OMAHA PUBLIC POWER DISTRICT,   )         ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motion to continue trial (Filing No. 32) and on plaintiff's motion to file his opposition to summary judgment out of time (Filing No. 33). The Court notes defendant has no objection to said motions. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to file his opposition to summary judgment out of time is granted; plaintiff shall have until **June 10, 2005**, to file a response to defendant's motion for summary judgment.

2) Plaintiff's motion to continue trial is granted; pretrial conference is rescheduled before Magistrate Judge Gossett on **August 15, 2005, at 10 a.m.** The parties shall comply with the letter (Filing No. 31) concerning the final pretrial conference.

3)  Trial of this matter is rescheduled for **Monday, August 22, 2005, at 9 a.m.** before the undersigned in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 19th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court